UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECTV, INC.,

     Plaintiff,

v.                                 CASE NO: 8:03-cv-1848-T-23TBM

ELVING COLON,

     Defendant.

_____/

## ORDER

The parties' stipulation (Doc. 35) for the entry of a proposed permanent injunction is **APPROVED** as follows:

Elving Colon and any persons or entities controlled directly or indirectly by him are permanently enjoined and restrained from:

a.    receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV;

b.    designing, manufacturing, assembling, modifying, importing, exporting, possessing, offering to the public, trafficking, distributing, selling or using any devices or equipment (including loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components) designed or intended to facilitate the reception and decryption of

DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

c.    advertising the sale of any devices or equipment (including loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming, and advertising or providing information or technical services in support thereof; or

d.    reverse engineering or attempting to reverse engineer any of DIRECTV's products, services or technologies, including without limitation, the encryption and security controls for the DIRECTV satellite system.

This injunction applies to Colon's activities worldwide and shall apply with the same force and effect to the DIRECTV Latin America (also known as Galaxy Latin America) satellite system and to any other direct broadcast satellite system or related business in which DIRECTV has a financial or other interest, now or in the future.

Colon and any persons or entities controlled directly or indirectly by him are hereby permanently enjoined and restrained from:

a.    investing or holding any financial interest in any enterprise that Colon knows is now, or is planning in the future, to engage in any of the activities prohibited by this injunction; or

- 3 -

      b.      knowingly allowing any persons or entities that he controls, either directly or indirectly, to engage in any of the activities prohibited by this injunction.

If Colon becomes aware that an enterprise in which he has invested or holds any financial interest is engaged in any of the activities prohibited by this injunction, Colon agrees to immediately divest himself of any such investment or financial interest and to promptly notify DIRECTV of the same.

The Court retains jurisdiction for the sole purpose of enforcing the permanent injunction.

ORDERED in Tampa, Florida, on May 31, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy